‖‖ ‖ ‖ ‖‖‖‖‖ ‖ ‖‖‖ ‖‖‖ ‖ ‖‖‖‖‖‖‖ ‖‖‖ ‖‖ ‖ ‖‖

**F201724606**
FILED FOR RECORD
CASE# CV-2017-180-1 ~ 07-12-2017 03:41:35 PM
JUDGE: MAUREEN HARROD
**DEBORAH FINLEY (MY)**
INDEPENDENCE CO, AR CIRCUIT CLERK

## IN THE CIRCUIT COURT OF INDEPENDENCE COUNTY, ARKANSAS
## CIVIL DIVISION

| | | |
|---|---|---|
| ARMIDA STOKES, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| V. | ) | CV-2017-_180-1_ |
| | ) | |
| DOLGENCORP, LLC d/b/a | ) | |
| DOLLAR GENERAL | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

Comes Armida Stokes and for her Complaint states:

1. She is an adult resident and citizen of Independence County, Arkansas.

2. Dolgencorp, LLC is a foreign corporation licensed to do and doing business in the State of Arkansas and has named an agent for service in Arkansas. Dolgencorp, LLC does business through the name Dollar General ("Dollar"). Its principal place of business is in Tennessee.

3. At all relevant times Dollar was operating a retail store at 858 Central Avenue, Batesville, Arkansas.

4. On April 21, 2017, Armida Stokes was a business invitee and was shopping at Dollar's store on Central Avenue in Batesville, Arkansas.

5.  While shopping near the rear of the store, Armida slipped and fell on a wet substance which Dollar, through its agents and employees knew or reasonably should have known was present on the premises.  Dollar's agent and employees failed to use ordinary care to remove, or warn of, the substance.  Such failure was negligent.

6.  The acts and omissions of the agents and employees of Dollar are imputed by the doctrine of *respondeat superior* to Dollar.

7.  As a result of the negligent acts and omissions imputed to Dollar, Armida Stokes has sustained damages.  Those damages include but are not limited to the following:

A.  Medical expenses including expenses of doctors, hospitals, pharmacists and other medical providers in the past and reasonably certain to be incurred in the future;

B.  Loss of wages;

C.  Pain, suffering, and mental anguish in the past and reasonably certain to be suffered in the future;

D.  Disability.

2

WHEREFORE, Plaintiff prays judgment against Defendant Dollar in an amount sufficient to fully compensate her for her damages, which are in excess of the minimum jurisdictional amount for diversity of citizenship jurisdiction in Federal District Court, for her costs, and for all other proper relief.

Armida Stokes

By: Robert D. Stroud
Attorney at Law
Blair & Stroud
P.O. Box 2135
Batesville, Arkansas 72501

Robert D. Stroud                    No. 71073

3

## DEMAND FOR JURY TRIAL

Comes Armida Stokes, Plaintiff herein, and pursuant to Rule 38 of the

Arkansas Rules of Civil Procedure, demand right of trial by jury as to all issues of fact.

Armida Stokes

By: Robert D. Stroud
Attorney at Law
Blair & Stroud
P.O. Box 2135
Batesville, Arkansas 72501

_____
Robert D. Stroud                    No. 71073

4